Counsel for all parties listed on signature page

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| SWARMIFY, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>v.<br><br>CLOUDFLARE, INC., a Delaware corporation,<br><br>    Defendant. | CASE NO. 3:17-cv-06957-WHA<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER CANCELLING JANUARY 11, 2018 MEET AND CONFER AND RELATED HEARING DUE TO MOOTNESS**<br><br>Date: January 11, 2018<br>Time: 7:30 a.m.<br>Dept: Ctrm 12, 18th Floor<br>Judge: Hon. William Alsup |

1    Plaintiff Swarmify, Inc. ("Swarmify") and Defendant Cloudflare, Inc. ("Cloudflare")
2    hereby stipulate and request an Order as follows:
3    WHEREAS,
4    1.    On January 9, 2017, Cloudflare filed a letter addressed to the Court seeking a
5    half-day deposition of Swarmify's Nathan Barnett (ECF No. 36);
6    2.    Swarmify responded on January 10, 2018 (ECF No. 37);
7    3.    The Court entered an Order on January 10, 2018, directing the parties to meet and
8    confer in person on January 11, 2018, at 7:30 a.m., and indicating that the Court would hear any
9    remaining issue(s) following the meet and confer at 9:30 a.m. (ECF No. 38);
10   4.    In view of the Court's Order, the parties met and conferred on January 10, 2018,
11   and have reached an agreement whereby Cloudflare will take Mr. Barnett's deposition on January
12   17, 2018, thus mooting Cloudflare's request for relief;
13   THEREFORE, the parties hereby stipulate as follows: in view of the parties' agreement,
14   Cloudflare's request for relief is moot. The parties thus respectfully request that the Court cancel
15   the January 11, 2018, in-person meet and confer and associated hearing.
16   IT IS SO STIPULATED.
17   The parties are available to discuss the substance of this Stipulation at the Court's
18   convenience if the Court wishes to do so.

| | |
|---|---|
| Dated: January 10, 2018 | Respectfully submitted,<br><br>SKIERMONT DERBY LLP<br><br>By: */s/ Sarah E. Spires*<br>    Sarah E. Spires<br><br>    Sarah E. Spires (SBN 252917)<br>    sspires@skiermontderby.com<br>    Paul J. Skiermont (*Admitted Pro Hac Vice*)<br>    pskiermont@skiermontderby.com<br>    Christopher Hodge (*Admitted Pro Hac Vice*)<br>    chodge@skiermontderby.com<br>    **SKIERMONT DERBY LLP**<br>    1601 Elm Street, Suite 4400<br>    Dallas, Texas 75201<br>    Telephone: (214) 978-6600<br>    Facsimile: (214) 978-6601<br><br>    Mieke K. Malmberg (SBN 209992)<br>    mmalmberg@skiermontderby.com<br>    **SKIERMONT DERBY LLP**<br>    800 Wilshire Blvd., Suite 1450<br>    Los Angeles, California 90017<br>    Telephone: (213) 788-4500<br>    Facsimile: (213) 788-4545<br><br>    Attorneys for Plaintiff<br>    SWARMIFY, INC. |

- 2 -

JOINT STIPULATION AND [PROPOSED]
ORDER CANCELING 1/11/18 M&C/HRG
CASE NO. 3:17-CV-06957-WHA

61493661.1

| | | |
|---|---|---|
| 1 | Dated: January 10, 2018 | Respectfully submitted, |
| 2 | | POLSINELLI LLP |
| 3 | | |
| 4 | | By: */s/ Teri H.P. Nguyen* |
| | | Teri H.P. Nguyen |
| 5 | | |
| 6 | | Margaux A. Savee (SBN 224767) |
| | | msavee@polsinelli.com |
| 7 | | Teri H.P. Nguyen (SBN 267498) |
| | | thpnguyen@polsinelli.com |
| 8 | | POLSINELLI LLP |
| | | Three Embarcadero Center, Suite 2400 |
| 9 | | San Francisco, CA 94111 |
| | | Telephone: 415.248.2100 |
| 10 | | Facsimile: 415.248.2101 |
| 11 | | |
| | | Brett Charhon (*Admitted Pro Hac Vice*) |
| 12 | | bcharhon@ccrglaw.com |
| | | Steven Callahan (*Admitted Pro Hac Vice*) |
| 13 | | scallahan@ccrglaw.com |
| | | Anthony M. Garza (*Admitted Pro Hac Vice*) |
| 14 | | agarza@ccrglaw.com |
| | | CHARHON CALLAHAN |
| 15 | | ROBSON & GARZA, PLLC |
| 16 | | 3333 Lee Parkway, Suite 460 |
| | | Dallas, Texas 75219 |
| 17 | | Telephone: (214) 521-6400 |
| | | Facsimile: (214) 764-8392 |
| 18 | | |
| | | Attorneys for Defendant |
| 19 | | CLOUDFLARE, INC. |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

The Court cancels the in-person meet and confer and associated hearing scheduled for January 11, 2018.

Dated: January 10, 2018.

_____
Honorable William Alsup
United States District Judge

1 | **SIGNATURE ATTESTATION**
2 |     Pursuant to Civil L.R. 5.1, I hereby attest that I have obtained the concurrence in the filing
3 | of this document from all the signatories for whom a signature is indicated by a "conformed"
4 | signature (/s/) within this e-filed document and I have on file records to support this concurrence
5 | for subsequent production for the Court if so ordered or for inspection upon request.
6 |
7 | Dated: January 10, 201
8 |
9 |                                                   /s/ *Teri H.P. Nguyen*
                                                  Teri H.P. Nguyen