UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| SWARMIFY, INC., <br><br> Plaintiff, <br><br> v. <br><br> CLOUDFLARE, INC., <br><br> Defendant. | CASE NO. 3:17-CV-06957-WHA <br><br> **DECLARATION OF ANTHONY M. GARZA** |

I, Anthony M. Garza, declare as follows:

1. I am over the age of twenty-one and have never been convicted of any felony. I have personal knowledge of the following facts and statements in this declaration, and, if called as a witness, I could and would testify competently thereto.

2. Attached hereto as **Exhibit 34** is a true and correct copy of excerpts from the Certified Transcript of the Video Deposition of Nathan Barnett taken on January 17, 2018.

3. Attached as **Exhibit 35** is a true and correct copy of excerpts from a webpage entitled "HolaCDN FAQ" that I printed from my web browser (specifically, from the website https://holacdn.com/faq) on January 17, 2018.

4. Attached as **Exhibit 36** is a true and correct copy of an excerpt from HolaCDN's webpage. The webpage portion is entitled "Hola's Mid-stream Switching Technology" that I printed from my web browser (specifically, from the website https://holacdn.com/) on January 17, 2018.

5. Attached as **Exhibit 37** is a true and correct copy of a presentation titled "Hola! The Video CDN," from the website https://docs.google.com/presentation/d/1tVFcqKzk3JbyQnKsnQNs8zYXwYFgypnkueA6NOf29zU/present?slide=id.gef6e11bfd_0_534, printed on January 17, 2018.

6. Attached as **Exhibit 38** is a true and correct copy of a webpage titled "Streamroot DNA™: a flexible, scalable and robust delivery solution that offers TV-grade quality of service and TV-like economics" that I printed from Streamroot's website, using my web browser (specifically, from the website https://www.streamroot.io/streamroot-dna/) on January 13, 2018.

7. Attached as **Exhibit 39** is a true and correct copy of a blog post titled "Video Delivery Solutions: Building the Infrastructure of Tomorrow," dated October 6, 2015, that I printed from my web browser (specifically, from the website https://blog.streamroot.io/video-delivery-series-overview-distribution-solutions/) on January 13, 2018.

8. Attached as **Exhibit 40** is a true and correct copy of a paper titled "Implementing a Multi-CDN Strategy With Intelligent DNS and Traffic Management" that I downloaded in January 2018 from NS1's website, which I reached at http://info.ns1.com/multi-cdn.html, after providing my email address to NS1.

9. **Exhibit 41** is included on a CD submitted to the Court contemporaneously with this

1  declaration. Exhibit 41 is a podcast that I was able to download from the internet (specifically, from the web address https://player.fm/series/groundswell-startups/swarmify-cure-video-buffering).

10. Attached as **Exhibit 42** is a true and correct copy of a transcript prepared by a paralegal at my firm, Angela Ivy, of a portion (3:08 and 5:02) of the podcast which has been submitted as Exhibit 41.

11. **Exhibit 43** is included on a CD submitted to the Court contemporaneously with this declaration. Exhibit 43 is a video recording that I downloaded from the internet (specifically, from https://www.youtube.com/watch?v=N99XqXcwhpM).

12. Attached as **Exhibit 44** is a true and correct copy of a transcript prepared by a paralegal at my firm, Angela Ivy, of a portion (1:04 and 2:49) of the video recording which has been submitted as Exhibit 43.

13. Attached as **Exhibit 45** is a true and correct copy of a screenshot that I took from Swarmify's website demo (specifically, from https://swarmify.com/SwarmifyDemo/speed/). Exhibit 45 is also referenced as Exhibit 8 in Mr. Barnett's deposition transcript. *See* Ex. 34 at 127:2-11.

14. Attached as **Exhibit 46** is a true and correct copy of an article entitled "Swarmify Focuses on the WebRTC Data Channel," dated April 2, 2014, that I printed from the Web RTC World website, using my web browser (specifically, from http://www.webrtcworld.com/topics/webrtc-world/articles/375081-swarmify-focuses-the-webrtc-data-channel.htm), on January 18, 2017.

15. Attached as **Exhibit 47** is a true and correct copy of an excerpt of TOFFS' website, which I printed out using my web browser (specifically, from http://toffstech.com/Toffs-Secured-Multi-CDN) on January 13, 2018.

16. Attached as **Exhibit 48** is a true and correct copy of an article from Cloudinary's blog, entitled "New Multi-CDN solution auto-selects best CDN for optimal per-user experience", dated November 29, 2016, which I printed out using my web browser (specifically, from https://cloudinary.com/blog/introducing_multi_cdn_media_delivery_solutions_for_optimal_per_user_experience) on January 13, 2018.

17. I located each of Exhibits 35-41, 43, and 45-48 online, and because I was able to retrieve these materials, I believe them to be publicly available.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 18, 2018, in Dallas, Texas.

_____
ANTHONY M. GARZA