United States District Court

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SWARMIFY, INC.,

  Plaintiff,

v.

CLOUDFLARE, INC.,

  Defendant.

_____/

No. C 17-06957 WHA

**NOTICE RE UNSEALING OF
ORDER DENYING MOTION
FOR PRELIMINARY
INJUNCTION**

A prior order dated February 27 provided that the order denying plaintiff's motion for a preliminary injunction, filed concurrently under seal, would "remain under seal until **MARCH 2 AT NOON**, after which it [would] be redacted as shown in Exhibit A and filed on the public docket unless one or more parties propose additional redactions via an administrative motion to file under seal" (Dkt. No. 84). No such administrative motion was filed by the noon deadline. Accordingly, the order denying plaintiff's motion for a preliminary injunction (Dkt. No. 83) will be unsealed, redacted per the February 27 order (*see* Dkt. No. 84-1), and filed on the public docket unless one or more parties file an objection by **4:00 P.M. TODAY**.

Dated:  March 2, 2018.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE