In February 2016, Swarmify made contact with Cloudflare, Inc., a San Francisco-based corporation that formed in 2009 and uses a network of data centers to offer reverse-proxy and content delivery services to other companies (*see* Dkt. Nos. 42-4, 42-6 ¶¶ 3–11). As part of negotiations regarding a possible business deal between them, on April 22, 2016, Swarmify and Cloudflare entered into a non-disclosure agreement "to protect the confidentiality of certain confidential information . . . to be disclosed . . . solely for use in evaluating or pursuing a business relationship between the parties" (Dkt. No. 19-9). In April and May 2016, pursuant to the non-disclosure agreement, Swarmify disclosed to Cloudflare some confidential information about its streaming method, including its pending patent application (*see* Dkt. Nos. 19-10–19-11; *see also* Dkt. No. 18-11 ¶¶ 19–21). Significantly, Swarmify did not disclose any computer code to Cloudflare (Dkt. No. 42-6 ¶ 18).

On May 11, 2016, however, Cloudflare's head of infrastructure Nitin Rao told Barnett via email that Cloudflare had decided to "hold off on the Swarmify discussion" for the time being (Dkt. No. 41-11). On May 31, 2017, Cloudflare extended employment offers to Barnett (Dkt. No. 42-18) and Chris Fung, the senior developer who apparently engineered Swarmify's streaming method (Dkt. Nos. 18-11 ¶ 38, 42-19). More negotiations apparently followed. On June 12, Barnett offered to sell Swarmify's assets — including intellectual property and software — to Cloudflare for ▮▮▮▮ (Dkt. No. 18-12). On June 17, Barnett also declined Cloudflare's offers of employment for himself and Fung, explaining that "the software and intellectual property from Swarmify will have to be purchased along with the team" (Dkt. No. 18-13). Significantly, in the same email, Barnett also said, "We presented our proprietary Swarmify video solution to your team over a year ago . . . . *The software to enable this groundbreaking improvement to video streaming required the prior two years of time in research, development, debug, and production testing*" (*ibid.* (emphasis added)). To repeat, Swarmify had not disclosed its software to Cloudflare. Nor has Swarmify argued in this lawsuit that its alleged trade secrets lie in software (as opposed to, *e.g.*, general concepts and ideas).

On June 19, 2017, Cloudflare's chief executive officer and co-founder Matthew Prince responded to Barnett's email and turned down Swarmify's counteroffer of an asset purchase.

3