IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SWARMIFY, INC.,

    Plaintiff,

v.

CLOUDFLARE, INC.,

    Defendant.

No. C 17-06957 WHA

**NOTICE RE OPPORTUNITIES FOR YOUNG ATTORNEYS**

Counsel will please keep in mind the need to provide arguments and courtroom experience to the next generation of attorneys. The Court would particularly welcome any attorney with four or fewer years of experience to argue the upcoming motion to strike this Thursday.

Dated: May 8, 2018.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE