1  Counsel listed on signature page

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SWARMIFY, INC., a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CLOUDFLARE, INC., a Delaware corporation,<br><br>　　　　　Defendant. | CASE NO. 3:17-cv-06957-WHA<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING ADJOURNMENT OF DEFENDANT'S MOTION TO STRIKE PLAINTIFF'S TRADE SECRET DISCLOSURES (ECF NO. 100-11)**<br><br>Date:　May 10, 2018<br>Time:　8:00 a.m.<br>Ctrm.:　12 – 19th Floor<br>Judge:　Hon. William Alsup |

| | |
|---|---|
| 1 | Plaintiff Swarmify, Inc. ("Swarmify") and Defendant Cloudflare, Inc. ("Cloudflare") |
| 2 | jointly stipulate and hereby request that the Court adjourn the hearing currently set for tomorrow, |
| 3 | May 10, 2018 at 8:00 a.m. on Cloudflare's Motion to Strike Swarmify's Trade Secret Disclosure |
| 4 | (the "Motion to Strike") (ECF No. 100-11). In support therefore, the parties state that they |
| 5 | attended a Settlement Conference earlier today with Magistrate Judge Corley, and Judge Corley |
| 6 | has scheduled two additional calls regarding settlement with the parties (for May 18, 2018 and |
| 7 | May 29, 2018). The parties anticipate knowing whether the case will be resolved by May 29, |
| 8 | 2018. Accordingly, to conserve resources of the parties and the Court, the parties respectfully |
| 9 | request that the Court adjourn the Motion to Strike hearing. |
| 10 | WHEREFORE, Swarmify and Cloudflare jointly request that the Court adjourn the |
| 11 | hearing on Cloudflare's Motion to Strike. |

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____

HON. WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

JOINT STIPULATION AND [PROPOSED]
ORDERRE ADJOURNMENT OF MTS
CASE NO. 3:17-CV-06957-WHA

| | |
|---|---|
| 1    Dated: May 9, 2018 | Respectfully submitted, |
| 2 | SKIERMONT DERBY LLP |
| 3 | |
| 4 | By: /s/*Christopher Hodge* |
| 5 |     Sarah E. Spires (SBN 252917) |
| |     sspires@skiermontderby.com |

Dated: May 9, 2018        Respectfully submitted,

SKIERMONT DERBY LLP


By: /s/*Christopher Hodge*
    Sarah E. Spires (SBN 252917)
    sspires@skiermontderby.com
    Paul J. Skiermont (*Admitted Pro Hac Vice*)
    pskiermont@skiermontderby.com
    Christopher Hodge (*Admitted Pro Hac Vice*)
    chodge@skiermontderby.com
    **SKIERMONT DERBY LLP**
    1601 Elm Street, Suite 4400
    Dallas, Texas 75201
    Telephone: (214) 978-6600
    Facsimile: (214) 978-6601

    Mieke K. Malmberg (SBN 2099992)
    mmalmberg@skiermontderby.com
    **SKIERMONT DERBY LLP**
    800 Wilshire Blvd., Suite 1450
    Los Angeles, California 90017
    Telephone: (213) 788-4500
    Facsimile: (214) 788-4545

    Attorneys for Plaintiff
    SWARMIFY, INC.

| | | |
|---|---|---|
| 1 | Dated: May 9, 2018 | Respectfully submitted, |
| 2 | | CHARHON CALLAHAN |
| 3 | | ROBSON & GARZA, PLLC |
| 4 | | |
| 5 | | By: /s/ *Steven Callahan* |

Brett Charhon (*Admitted Pro Hac Vice*)
bcharhon@ccrglaw.com
Steven Callahan (*Admitted Pro Hac Vice*)
scallahan@ccrglaw.com
Anthony Garza (*Admitted Pro Hac Vice*)
agarza@ccrglaw.com
**CHARHON CALLAHAN ROBSON & GARZA, PLLC**
3333 Lee Parkway, Suite 460
Dallas, Texas 75219
Telephone: (214) 521-6400
Facsimile: (214) 764-8392

Teri H.P. Nguyen (SBN 267498)
thpnguyen@polsinelli.com
Margaux A. Savee (SBN 224767)
msavee@polsinelli.com
**POLSINELLI LLP**
Three Embarcadero Center, Ste. 2400
San Francisco, California 94111
Telephone: (415) 248-2100
Facsimile: (415) 248-2101

Attorneys for Defendant
CLOUDFLARE, INC.

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that I have received concurrence in the filing of this document from every other signatory to this document, and that I maintain records to support this concurrence.

Dated: May 9, 2018             Respectfully submitted,

CHARHON CALLAHAN
ROBSON & GARZA, PLLC

By: /s/*Steven Callahan*
Steven Callahan

Attorneys for Defendant
CLOUDFLARE, INC.