IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SWARMIFY, INC., | No. C 17-06957 WHA |
| Plaintiff, | |
| v. | **ORDER DENYING STIPULATED REQUEST TO ADJOURN HEARING ON MOTION TO STRIKE** |
| CLOUDFLARE, INC., | |
| Defendant. | |

The Court thanks the parties for the update on their settlement efforts. No hearings or deadlines will be vacated, however, until a final dismissal is filed. The parties' stipulated request to adjourn tomorrow's hearing on defendant's motion to strike (Dkt. No. 118) is **DENIED**. The hearing will proceed as scheduled.

**IT IS SO ORDERED.**

Dated: May 9, 2018.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE