

Sarah E. Spires
sspires@skiermontderby.com

1600 Elm Street
Suite 4400
Dallas, Texas 75201
T: + 214.978.6600
F + 214.978-6601

skiermontderby.com

June 7, 2018

<u>*VIA EMAIL*</u>
Hon. William Alsup
United States District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

  **Re:** **Swarmify Inc. v. Cloudflare Inc., No. 3:17-CV-06957**

Dear Judge Alsup:

  In the Court's Order on Motion to Strike issued May 31, 2018 [ECF 123], the Court instructed Swarmify to file a statement electing to proceed on its amended trade secret disclosures or to stand on its original disclosures. As Swarmify stated in its Opposition to Cloudflare's Motion to Strike [ECF 107], Swarmify is content to stand on its original disclosures. It therefore elects to do so.

  Counsel for Swarmify is available at the Court's convenience to answer any questions.

           Sincerely,

           Sarah E. Spires
           Counsel for Plaintiff Swarmify Inc.

Copy to: Counsel for Defendant Cloudflare Inc. (via ECF)