IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SWARMIFY, INC., <br><br> Plaintiff, <br><br> v. <br><br> CLOUDFLARE, INC., <br><br> Defendant. | No. C 17-06957 WHA <br><br> **ORDER GRANTING MOTION TO DISMISS AND DENYING MOTION FOR LEAVE TO DISCLOSE SETTLEMENT DISCUSSIONS** |

On June 22, plaintiff Swarmify, Inc. filed a motion to dismiss without prejudice pursuant to FRCP 41(a)(2) (Dkt. No. 135). On July 9, Swarmify filed a supplement to its motion to dismiss to clarify that it now seeks to dismiss this action *with* prejudice pursuant to the Court's direction at the July 5 discovery hearing (Dkt. No. 146). Defendant Cloudfare, Inc. does not oppose this motion and thereby requests a final judgment dismissing this action with prejudice (Dkt. No. 147). Swarmify's motion to dismiss with prejudice is **GRANTED** and its motion for leave to disclose settlement discussions (Dkt. No. 132) is **DENIED AS MOOT**. The Clerk shall **CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: July 10, 2018.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE