Counsel listed on signature page

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| SWARMIFY, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>CLOUDFLARE, INC., a Delaware corporation,<br><br>Defendant. | CASE NO. 3:17-cv-06957-WHA<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE ON DEFENDANT CLOUDFLARE, INC.'S MOTION FOR ATTORNEY'S FEES [ECF 156]**<br><br>Judge: Hon. William Alsup<br><br>Date: September 13, 2018<br>Time: 8:00 a.m.<br>Ctrm.: 12 – 19th Floor<br>Judge: Hon. William Alsup |

Plaintiff Swarmify, Inc. ("Swarmify") and Defendant Cloudflare, Inc. ("Cloudflare") jointly stipulate and request as follows:

WHEREAS

1. On July 24, 2018, Cloudflare filed its Motion for Attorney Fees [ECF 156] ("Motion"); and

2. Swarmify desires additional time to respond to the Motion and has requested an extension of its response deadline until August 21, 2018; and

3. Cloudflare agrees to that extension;

WHEREFORE, Swarmify and Cloudflare stipulate and request as follows: Swarmify's deadline to respond to Cloudflare's Motion is August 21, 2018.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____
HON. WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

Dated:  July 26, 2018

Respectfully submitted,
SKIERMONT DERBY LLP


By: /s/ *Christopher M. Hodge*
    Sarah E. Spires (SBN 252917)
    sspires@skiermontderby.com
    Paul J. Skiermont (*Admitted Pro Hac Vice*)
    pskiermont@skiermontderby.com
    Christopher Hodge (*Admitted Pro Hac Vice*)
    chodge@skiermontderby.com
    **SKIERMONT DERBY LLP**
    1601 Elm Street, Suite 4400
    Dallas, Texas 75201
    Telephone: (214) 978-6600
    Facsimile: (214) 978-6601

    Mieke K. Malmberg (SBN 2099992)
    mmalmberg@skiermontderby.com
    **SKIERMONT DERBY LLP**
    800 Wilshire Blvd., Suite 1450
    Los Angeles, California 90017
    Telephone: (213) 788-4500
    Facsimile: (214) 788-4545

    *Attorneys for Plaintiff Swarmify, Inc.*

| | | |
|---|---|---|
| 1 | Dated:  July 26, 2018 | Respectfully submitted,<br>CHARHON CALLAHAN<br>ROBSON & GARZA, PLLC |

By: */s/ Steven Callahan*
    Teri H.P. Nguyen (SBN 267498)
    thpnguyen@polsinelli.com
    Margaux A. Savee (SBN 224767)
    msavee@polsinelli.com
    **POLSINELLI LLP**
    Three Embarcadero Center, Ste. 2400
    San Francisco, California 94111
    Telephone: (415) 248-2100
    Facsimile: (415) 248-2101

    Brett Charhon (*Admitted Pro Hac Vice*)
    bcharhon@ccrglaw.com
    Steven Callahan (*Admitted Pro Hac Vice*)
    scallahan@ccrglaw.com
    Anthony Garza (*Admitted Pro Hac Vice*)
    agarza@ccrglaw.com
    **CHARHON CALLAHAN**
    **ROBSON & GARZA, PLLC**
    3333 Lee Parkway, Suite 460
    Dallas, Texas 75219
    Telephone: (214) 521-6400
    Facsimile: (214) 764-8392

    ***Attorneys for Defendant Cloudflare, Inc.***

# ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I attest that I have received concurrence in the filing of this document from every other signatory to this document, and that I maintain records to support this concurrence.

Dated:  July 26, 2018

Respectfully submitted,
SKIERMONT DERBY LLC

By: /s/ *Christopher M. Hodge*

Christopher M. Hodge
Attorney for Swarmify, Inc.