**United States District Court**
For the Northern District of California

1
2
3
4
5
6                    IN THE UNITED STATES DISTRICT COURT

7                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

8
9
10   SWARMIFY, INC.,                              No. C 17-06957 WHA

11              Plaintiff,

12     v.                                         **ORDER TO SHOW CAUSE**

13   CLOUDFLARE, INC.,

14              Defendant.
                                        /
15

16          An order dated September 28 ruled on the parties' administrative motions to file under

17   seal in connection with the motion for attorney's fees (Dkt. No. 183).  That order directed the

18   parties to file public versions of the documents at issue in full compliance with the rulings by

19   October 12 at noon.  As of today, plaintiff Swarmify, Inc. has failed to comply with that

20   deadline.  By **OCTOBER 29 AT NOON** Swarmify shall publicly file all documents in full

21   compliance with the September 28 order or **SHOW CAUSE** as to why it has failed to comply long

22   past the deadline.

23

24          **IT IS SO ORDERED.**

25

26   Dated:  October 25, 2018.

27                                              WILLIAM ALSUP
                                                UNITED STATES DISTRICT JUDGE
28